### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv3845    Assigned/Issued By: MKH

Judge Name: DARRAH    Designated Magistrate Judge: BROWN

---

## FEE INFORMATION

**Amount Due:**  ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00    Receipt #: 294112116

Date Payment Rec'd: 7/7/08    Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets    *(Victim, Against and $ Amount)*

☐ Writ _____    ☐ Other
      *(Type of Writ)*    _____
      *(Type of issuance)*

1    Original and 0    copies on 7/8/08    as to Council for Jweish Elderly.
                        *(Date)*

_____

_____